

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafaroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

May 18, 2020

***Via ECF***
Hon. Sanket J. Bulsara, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza, East, Chambers 304N
Brooklyn, NY 11201

                     Re:     Marcos v. Café Riviera Inc. et al
                              Case No.: 19-cv-03981

Your Honor,

       This office represents the Named Plaintiff as well as the putative class and collective in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").  We write, in compliance with the Court's Order dated May 15, 2020.  The Parties are unable to agree on whether the settlement conference should move forward via video link with the Defendants refusing to take part in a settlement conference which is not in person.  Given the Defendants refusal to move forward, we believe it would be prudent to adjourn the settlement conference currently scheduled for May 21, 2020[1].

       Thank you.

                                         Very truly yours,
                                         LAW OFFICE OF WILLIAM CAFARO

                                         ___/s/ Amit Kumar_____

---

[1] Should the Defendants continue to use this pandemic to delay the prosecution of this matter, Plaintiff reserves the right to move for appropriate relief.

By: Amit Kumar, Esq. (AK 0822)
*Attorneys for the Plaintiff and the Putative Class and Collective*