

## LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafaroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

February 23, 2021

**<u>Via ECF</u>**

Hon. Sanket J. Bulsara, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza, East, Chambers 304N
Brooklyn, NY 11201

       Re: Marcos v. Café Riviera Inc. et al
          Case No.: 19-cv-03981

Your Honor,

  This office represents the Named Plaintiff as well as the putative class and collective in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").

  Pursuant to the Court's Order of February 9, 2021, the Parties have conferred regarding the discovery deadlines in the above referenced action. Specifically, the Parties would like to request an extension of time to complete discovery until April 23, 2021. The Parties believe that this extension would allow the Parties to complete discovery in this action, including all necessary depositions.

  Thank you.

              Respectfully Submitted,
              LAW OFFICE OF WILLIAM CAFARO

              _____
              By: Amit Kumar, Esq. (AK 0822)
              *Attorneys for the Plaintiff and the Putative Class and Collective*

CC:
All Attorneys of Record (via ECF)