

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

July 23, 2021

**<u>Via ECF</u>**
Hon. Taryn A. Merkl, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza, East, Chambers 304N
Brooklyn, NY 11201

        Re: Marcos v. Café Riviera Inc. et al
           Case No.: 19-cv-03981

Your Honor:

  This office represents the Plaintiff in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, jointly with the Defendants, to request a short two-week extension of time, from July 26, 2021, to August 9, 2021, to file our request for settlement approval. This is the Parties' first request for an extension of time to file this document. The Parties are requesting this short adjournment as we are still in the process of reducing the settlement to writing which will then have to eb fully executed.

  We thank the Court for its courtesy in this regard.

           Respectfully Submitted,
          LAW OFFICE OF WILLIAM CAFARO

           _____
          By: Amit Kumar, Esq. (AK 0822)
            *Attorneys for Plaintiffs*

CC:

All Counsel of Record (via ECF)